■ CRAIG FISHMAN, Appellant, v CHARLES H. GREENTHAL MANAGEMENT CORP. et al., Respondents. [917 NYS2d 858]—

Plaintiff failed to raise an inference that the board of directors of defendant cooperative corporation acted in bad faith in rejecting the prospective purchaser of plaintiff's shares in the coop (*see Jones v Surrey Coop. Apts.*, 263 AD2d 33, 36 [1999]). Indeed, his own evidence demonstrates that the board, which under the proprietary lease had the right to withhold its approval of a sale "for any reason or for no reason," rejected the proposed purchaser for financial reasons.

Plaintiff also failed to substantiate his request for additional discovery (*see* 263 AD2d at 37-38). Concur—Saxe, J.P., Sweeny, Catterson, Freedman and Román, JJ.